UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:20CR83 |
| | § | (Judge Jordan) |
| OSCAR MORENO RICARDO | § | |

**MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS;

COMES NOW, Defendant, OSCAR MORENO RICARDO, by and through his undersigned attorney, and files this, his MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE, and would show this Honorable Court as follows, to-wit:

I.

**PROCEDURAL HISTORY**

On February 1, 2024, the Defendant appeared before United States Magistrate Judge Aileen Goldman Durrett for an Initial Appearance and Arraignment on a two-count Indictment, in which the Defendant is charged with a violation of 21 U.S.C. § 963 (Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States) and 21 U.S.C. § 959 (Manufacturing and Distributing Five Kilograms or More of Cocaine Intending, Knowing and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States). At that time, the Office of the Federal Public Defender for the Eastern District of Texas was appointed to represent the Defendant.

**Motion for Continuance of Pretrial Motion Dates,**      United States v. OSCAR MORENO RICARDO
**Change of Plea Deadline, and Final Pretrial Conference Date**      Case No. 4:20CR83
Page - 1 -

The deadline to file a continuance or notification of a plea agreement is March 11, 2024, and the Final Pretrial Conference is scheduled for April 1, 2024.

## II.
## GROUNDS FOR MOTION

Defense counsel respectfully requests a continuance of the pretrial dates to receive and review the discovery in this case, and to discuss the evidence and sentencing guidelines with the Defendant. Because of the possible punishment, the Defendant respectfully requests this additional time in order to make a fully informed decision. Additionally, the Defendant has indicated that he will be retaining another attorney. On March 1, 2024, Attorney Micah Belden filed an Unopposed Motion for Substitution of Counsel. This request is made in order to ensure that effective assistance of counsel is provided to the Defendant.

This Motion for Continuance is not made for purposes of delay, but only in order that justice may be done. The Defendant requests that this Court make a finding that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant to a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

Due to the reasons outlined above, Defendant respectfully requests an additional 60 days for the pretrial motion dates, change of plea deadline, and final pretrial conference date.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that the pretrial motion dates, change of plea deadline, and final pretrial conference date in this case be reset from their current setting for an additional 60 days.

**Motion for Continuance of Pretrial Motion Dates,**  **United States v. OSCAR MORENO RICARDO**
**Change of Plea Deadline, and Final Pretrial Conference Date**  **Case No. 4:20CR83**
**Page - 2 -**

                    Respectfully submitted,

                    /s/ Sarah Jacobs  
                    SARAH JACOBS  
                    Assistant Federal Defender  
                    Eastern District of Texas  
                    7460 Warren Parkway, Suite 270  
                    Frisco, Texas 75034  
                    (469) 362-8506  
                    FAX: (469) 362-6010

                    *Attorney for Defendant*

### CERTIFICATE OF CONFERENCE

      Prior to filing this motion, I contacted Assistant United States Attorney, Wes Wynne, and the Government does not oppose this motion.

                    /s/ Sarah Jacobs  
                    SARAH JACOBS  
                    *Attorney for Defendant*

**Motion for Continuance of Pretrial Motion Dates,**      United States v. OSCAR MORENO RICARDO  
**Change of Plea Deadline, and Final Pretrial Conference Date**      Case No. 4:20CR83  
**Page - 3 -**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of March 2024, a true and correct copy of the foregoing Defendant's MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE was sent by CM/ECF to:

Wes Wynne  
Assistant U.S. Attorney  
600 East Taylor  
Suite 2000  
Sherman, TX 75090  

Micah Belden  
711 N. Travis  
Sherman, TX 75090  

                                      /s/ Sarah Jacobs  
                                      SARAH JACOBS  
                                      *Attorney for Defendant*

**Motion for Continuance of Pretrial Motion Dates,**  **United States v. OSCAR MORENO RICARDO**  
**Change of Plea Deadline, and Final Pretrial Conference Date**  **Case No. 4:20CR83**  
**Page - 4 -**